No. 407, October Term, 1953. GALVAN v. PRESS, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE, 347 U. S. 522;

No. 476, October Term, 1953. BRANIFF AIRWAYS, INC. v. NEBRASKA STATE BOARD OF EQUALIZATION AND ASSESSMENT ET AL., 347 U. S. 590;

No. 666, October Term, 1953. OHIO EX REL. HAWKE v. BROWN, SECRETARY OF STATE OF OHIO, 347 U. S. 972;

No. 698, October Term, 1953. HILLGREN v. KWIKSET LOCKS, INC. ET AL., 347 U. S. 989;

No. 701, October Term, 1953. BOWMAN, ADMINISTRATRIX, v. BOWMAN, 347 U. S. 1017;

No. 724, October Term, 1953. BRESLIN v. NEW YORK, 347 U. S. 1014;

No. 736, October Term, 1953. McRAE v. WOODS, ACTING HOUSING EXPEDITER, 347 U. S. 1017;

No. 797, October Term, 1953. MILLER v. THORN ET UX., 347 U. S. 1017;

No. 509, Misc., October Term, 1953. WHEELER v. UNITED STATES, 347 U. S. 1019;

No. 521, Misc., October Term, 1953. NATION v. CALIFORNIA, 347 U. S. 969;

No. 555, Misc., October Term, 1953. HARDING v. CAVANAUGH ET AL., 347 U. S. 978;

No. 575, Misc., October Term, 1953. HUGHES v. HEINZE, WARDEN, 347 U. S. 1020;

No. 577, Misc., October Term, 1953. TATE v. CALIFORNIA, 347 U. S. 1020;

No. 589, Misc., October Term, 1953. NEIGUT v. UNITED STATES, 347 U. S. 1020;

No. 596, Misc., October Term, 1953. NEAL v. RANDOLPH, WARDEN, 347 U. S. 993; and

No. 727, October Term, 1953. SHELLHAMMER, GENERAL ADMINISTRATRIX, v. LEHIGH VALLEY RAILROAD CO., 347 U. S. 990. Petitions for rehearing denied.